**DENIED and Opinion Filed November 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00540-CV

### IN RE TOBY TOUDOUZE, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08531**

## MEMORANDUM OPINION

Before Justices Schenck, Partida-Kipness, and Nowell
Opinion by Justice Schenck

Before the Court is relator's May 15, 2020 petition for writ of mandamus. In the petition, relator challenges the trial court's order disqualifying his attorney and attorney's firm from representing him in the underlying lawsuit.

Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the petition, real parties in interest's response, relators' reply, and the record before us, we conclude that relator has failed to show his entitlement to the

relief requested.  Accordingly, we deny the petition for writ of mandamus.  *See* TEX.

R. APP. P. 52.8(a).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

200540F.P05